NO.
12-07-00354-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

§                      APPEAL
FROM THE 369TH

IN RE:

§                      JUDICIAL
DISTRICT COURT OF

MICHAEL NEWSOME

§                      ANDERSON
COUNTY, TEXAS

                                                                                                                                                           


MEMORANDUM OPINION

            In this
original mandamus proceeding, Michael Newsome complains that Janice Staples,
District Clerk of Anderson County, Texas, has not notified him that she
received and filed his petition and motion and has not furnished him with the
assigned trial court case number.  He
further states that he cannot file other motions until he receives file marked
copies of the original documents.  

            A court of
appeals has the authority to issue writs of mandamus against a judge of a
district or county in the court of appeals district and all writs necessary to
enforce its jurisdiction.  Tex. Gov't Code Ann. § 22.221 (Vernon
2004).  In order for a district clerk to
fall within our jurisdictional reach, it must be established that the issuance
of the writ of mandamus is necessary to enforce our jurisdiction.  See id.; In re
Coronado, 980 S.W.2d 691, 692-93 (Tex. App.–San Antonio 1998, orig.
proceeding).  Newsome has not
demonstrated that the exercise of our mandamus authority against Staples is
appropriate to enforce our jurisdiction. 
Consequently, we have no authority to issue a writ of mandamus.  Accordingly, the petition for writ of
mandamus is dismissed for want of jurisdiction.

 

 

 

                                                                                                    BRIAN HOYLE   

                                                                                                               Justice

 

 

Opinion delivered September
26, 2007.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)